[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 381.]

THE STATE EX REL. BUTLER, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Butler v. Indus. Comm.*, 1999-Ohio-171.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel. Gay relief ordered.*

(No. 98-2086—Submitted June 22, 1999—Decided September 8, 1999.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD07-922.

————————————

*Lester S. Potash* and *Martha H. Krebs*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Fedele DeSantis*, Assistant Attorney General, for appellee Industrial Commission.

*Kelly E. Drushel*, for appellee SIFCO Industries, Inc.

————————————

{¶ 1} The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

————————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} I dissent and would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.

————————————